United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C 04-4875 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 8] |
| BIC PRODUCTIONS, et al., | |
| Defendants. / | |

This matter is before the Court on Plaintiff Io Group, Inc.'s *ex parte* application for default judgment against BIC Productions, Inc. ("Defendant BIC") [Docket No. 8].

Pursuant to Federal Rule of Civil Procedure 55(b)(2), this Court may order such references as it deems necessary to determine the amount of damages, to establish the truth of any averment by evidence, or to make an investigation of any other matter relevant to a party's application for default judgment. Fed. R. Civ. P. 55(b)(2).

Having read and considered the arguments presented by Plaintiff in the papers and good cause appearing,

IT IS HEREBY ORDERED THAT the hearing on Plaintiff's application for default judgment is CONTINUED from **April 26, 2005 at 1:00 p.m.** to **May 10, 2005 at 1:00 p.m.**

IT IS FURTHER ORDERED THAT Plaintiff shall provide the Court with supplemental briefing and documentary evidence in support of its (a) damages claim relating to Defendant BIC's unauthorized use of Plaintiff's photographs; and (b) claim for injunctive relief. Specifically, Plaintiff shall provide the Court with documentary evidence in support of its claim that "[s]eventy-two (72) unique images of recognizable models appeared on defendant [BIC]'s website." Plaintiff shall also provide the Court with a clear statement articulating the injunctive relief it is seeking against Defendant BIC and relevant authorities in support of its argument that it is entitled to such relief. Plaintiff must file its supplemental brief and supporting evidence **no later than April 30, 2005.** Plaintiff's supplemental brief shall not exceed ten (10)

pages in length.

    Plaintiff shall deliver courtesy copies of its supplemental brief and supporting evidence to chambers.

Except as set forth in this Order, no further briefing is authorized without prior leave of the Court.

    IT IS SO ORDERED.

Dated: 4-22-05

    /s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge

2