IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C 04-4875 SBA |
|     Plaintiff. | |
|  v. | **JUDGMENT** |
| BIC PRODUCTIONS, et al., | |
|     Defendants. | |

_____

In accordance with the Court's Order granting Plaintiff's Application for Default Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff and against Defendant BIC Productions in the amount of four hundred seventeen thousand seven hundred fifty dollars ($417,750.00). All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 9-12-05

SAUNDRA BROWN ARMSTRONG
United States District Judge